VICTOR GROSSMAN, Doing Business under the Name of VICTOR EXPERIMENTAL COMPANY, Respondent, v. BROOKLYN HOSPITAL EQUIPMENT CO., INC., et al., Appellants.— In an action to recover damages for breach of contract, for goods sold and delivered, work, labor and services, for an injunction restraining the foreclosure of a chattel mortgage given in connection therewith, and for other relief, order restraining the individual defendant from foreclosing the chattel mortgage, pendente lite, reversed on the law and the facts, with $10 costs and disbursements, and the motion denied, with $10 costs. The papers submitted on the motion fail to support the allegations of the complaint so as to entitle plaintiff to an injunction pendente lite. Appeal by the corporate defendant dismissed, without costs. The order was not directed against it. Lewis, P. J., Carswell, Johnston and Wenzel, JJ., concur; Sneed, J., dissents as to the individual defendant and votes to affirm.

In the Matter of the CITY OF NEW YORK, Respondent-Appellant, Relative to Acquiring Title to Real Property Required for BROOKLYN-BATTERY TUNNEL PLAZA from Van Brunt to Hicks Street, for Streets Adjacent Thereto and for Additional Lands, Proposed to Be Acquired in Connection Therewith, in the Borough of Brooklyn. WILLIAM RICH, Appellant-Respondent.— Appeal by claimant and cross appeal by the City of New York from so much of a final decree in a condemnation proceeding as affects certain damage parcels. Decree, insofar as appealed from, unanimously affirmed, without costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See post, p. 867.]

In the Matter of a Plan of Readjustment of All Holders of Investments in a Mortgage Covering Premises No. 50–05 43RD AVENUE, WOODSIDE, BOROUGH OF QUEENS, Guaranteed by Bond and Mortgage Guarantee Company. (Guarantee No. 181,615.) (Plan No. 6023.) WILLIAM T. HARRIS, as Trustee under a Declaration of Trust Dated March 16, 1939, Appellant; MARY MENAKER et al., Certificate Holders, et al., Respondents.— Appeal by the trustee of a certificated mortgage from an order denying his application for $3,500 as counsel fee and $350 as expenses, and granting the application to the extent of $1,000. Order modified on the facts by increasing the sum allowed for counsel fee and expenses from $1,000 to $1,500. As thus modified, the order, insofar as appealed from, is affirmed, with $10 costs and disbursements to appellant. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.